Order of the Court:

The petition by the Administrator of the Attorney Registration and Disciplinary Commission to impose discipline on consent pursuant to Supreme Court Rule 762(b) is allowed, and respondent Tracy Hensler Krizman is censured.

*In re* **LAVENDER**, Timothy Robert Wiley (MR 21118)
Chicago, IL

Order of the Court:

The motion by the Administrator of the Attorney Registration and Disciplinary Commission to approve and confirm the report and recommendation of the Hearing Board is allowed, and respondent Timothy Robert Wiley Lavender is censured.

*In re* **LEITTER**, Lisa Anne (MR 21148)
Rockton, IL

Order of the Court:

The motion by the Administrator of the Attorney Registration and Disciplinary Commission toapprove and confirm the report and recommendation of the Hearing Board is allowed, and respondent Lisa Anne Leitter is disbarred.